

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 19, 2019**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **BRITTNEY DANIELLE BROWN**                **CASE NO. 18-04128-KMS**
      **DEBTOR**                                                          **CHAPTER 13**

### ORDER GRANTING MOTION TO INCUR NEW DEBT

THIS MATTER, having come on for hearing before the Court on June 13, 2019, on the

Motion to Incur New Debt [Dkt. #22] filed by the Debtor and the Response [Dkt. #24] filed by

the Trustee; and the Court having heard argument from counsel for the Debtor and counsel for

the Trustee; and having heard testimony by the Debtor, finds that that the Motion is well taken;

IT IS THEREFORE ORDERED AND ADJUDGED, the Debtor herein may incur

indebtedness in the amount of $12,000.00 in student loans for purposes of pursuing a bachelor's

degree in nursing.  The Debtor shall be responsible for payment on the new debt directly and

outside the Chapter 13 plan.

##END OF ORDER##

PRESENTED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
774 Avery Blvd N
Ridgeland, MS 39157
601-500-5533
trollins@therollinsfirm.com

Agreed as to Form:


/s/ Justin Jones (with permission)
Justin Jones, Attorney for Trustee